**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 10-cv-00643-RPM-KMT**

**TIMOTHY RICHARDSON,**

      **Plaintiff,**

**v.**

**PORTFOLIO RECOVERY ASSOCIATES, L.L.C., a Delaware limited liability company,**

      **Defendant.**

_____

**ORDER DISMISSING CASE WITH PREJUDICE**
_____

      THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay his or its own attorney's fees and costs.

      Dated: April 19th, 2010

                    BY THE COURT:

                    s/Richard P. Matsch

                    _____

                    Richard P. Matsch, Senior District Judge